## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 199 WAL 2021

         Respondent               :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

         v.                          :

                                        :

ORLANDO HAMILTON,                   :

                                        :

         Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

      Justice Brobson did not participate in the consideration or decision of this matter.